PANY, appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Evans R. DICK, J. Julian Dick, Fairman R. Dick, George Willing, Jr., George McCall, Alexander E. Hunt, Jr., and Marshall Geer, Respondents, v. Buena Vista M. BUSCH, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Appeal from judgment entered upon report of a referee, and bringing up for review an order directing the clerk to tax the referee's fees.

PER CURIAM. We are of opinion that the charge of the referee beyond $10 a day was not authorized by the stipulation. The judgment is therefore modified, by reducing the amount thereof by the sum of $280, and, as so modified, affirmed, with costs to the respondents. Settle order on notice.

William P. DIXON, appellant, v. Solomon HANFORD, as Executor, etc., of James R. Keene, deceased, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment affirmed, with costs. No opinion. Thomas, Stapleton, Mills, and Putnam, JJ., concur. Jenks, P. J., dissents.

Isabella R. DOERFLER, appellant, v. Sarah E. POTTBERG, individually, etc., et al., defendants, and Abraham Doerfler, respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion granted.

Henry DOSCHER v. Edwin S. PHELPS. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, on conditions stated in order. Order filed.

Henry DOSCHER, Applt., v. PHELPS GUARDANT TIME LOCK CO. and ano., Respts. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment, 89 Misc. Rep. 561, 153 N. Y. Supp. 710, affirmed, with costs, on opinion of Guy, J. Order filed.

Daniel DOUGLASS, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the judgment by deducting therefrom $1,730.36 for sheathing and $414 for bluestone caps, and interest thereon, in which case the judgment, as so modified, and the order, are affirmed, without costs of this appeal. Jenks, P. J., and Thomas and Carr, JJ., concur. Mills and Rich, JJ., vote for affirmance.

Walter J. F. DOYLE, respt., v. TROY UNION RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

Marie DRESSLER, Respt., v. The KEYSTONE FILM CO., Applt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Marie DRESSLER v. KEYSTONE FILM CO. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Motion denied, with $10 costs. Order filed.

The DRY MILK COMPANY, applt., v. DAIRY PRODUCTS COMPANY OF NEW YORK and others, including defendant-respondent Charles Schmidt. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion to resettle order granted.

Mary DUNNE, an infant, by Charles Dunne, her guardian ad litem, respondent, v. The NASSAU ELECTRIC RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Rachel DUTCHER, respondent, v. John WANAMAKER, appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion granted, and case set down for Monday, March 6, 1916.

Rachel DUTCHER, respondent, v. John WANAMAKER, appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Judgment and order unanimously affirmed on reargument, with costs. No opinion.

Henry T. DYKMAN, Respt., v. The CITY OF NEW YORK, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order reversed, with $10 costs and disbursements, and motion denied. No opinion. (Smith and Page, JJ., dissenting.) Order filed.

In the Matter of Michael J. EGAN. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Reference ordered to official referee. Settle order on notice.

Louis EISEN et al. v. Charles A. BAUDOUINE et al. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion denied, with $10 costs. Order filed.

ELECTRIC STORAGE BATTERY CO., Respt., v. MASON–SEAMAN TRANSPORTATION CO., Applt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

1175 DEKALB AVENUE COMPANY, Inc., appellant, v. Thomas A. CLARKE, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.